BEFORE THE SECOND DIVISION, JUNE 5, 1962

**No. 66828.**—R. J. Saunders & Co., Inc. v. United States, protests 59/33663, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of liquid air engines and parts similar in all material respects to those the subject of Abstract 66095, the claim of the plaintiff was sustained.

**No. 66829.**—Baron Tube Company and W. R. Zanes & Company v. United States, protests 261953–K, etc. (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the items marked "A" consist of seamless steel oil-well casings, not advanced beyond hammering, rolling, or casting, similar in all material respects to those the subject of *United Supply & Mfg. Co., The Crispin Company* v. *United States* (37 Cust. Ct. 95, C.D. 1804), the claim at one-tenth of 1 cent per pound was sustained. The items marked "B," stipulated to consist of seamless steel oil-well casings, advanced beyond hammering, rolling, or casting, the same as those involved in *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C.D. 1577), were held dutiable at 7½ percent ad valorem, as claimed.